Judge Hellerstein

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA  :  INDICTMENT

       - v. -  :  16 Cr.

MICHAEL BOOTH,  :  **16 CRIM 695**

       Defendant.  :

- - - - - - - - - - - - - - - - - x

## COUNT ONE

(Assaulting and Resisting Court Security Officers)

The Grand Jury charges:

1. On or about August 29, 2016, in the Southern District of New York, MICHAEL D. BOOTH, the defendant, willfully and knowingly did forcibly assault, resist, oppose, impede, intimidate, and interfere with persons designated in Title 18, United States Code, Section 1114, while such persons were engaged in and on account of the performance of their official duties, to wit, BOOTH forcibly assaulted and, in doing so, made physical contact with and injured, Court Security Officers on duty at the U.S. Bankruptcy Court located at 1 Bowling Green in Manhattan.

(Title 18, United States Code, Sections 111(a) and 1114.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 18 2[016]

## COUNT TWO

**(Injuring the Property of the United States)**

The Grand Jury further charges:

2. On or about August 29, 2016, in the Southern District of New York, MICHAEL D. BOOTH, the defendant, willfully did injure and commit a depredation against property of the United States and of any department or agency thereof, specifically the U.S. Bankruptcy Court located at 1 Bowling Green in Manhattan, causing damage of less than $1,000.

(Title 18, United States Code, Section 1361.)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

MICHAEL BOOTH,

Defendant.

### INDICTMENT

16 Cr.

(18 U.S.C. §§ 111(a), 1114, and 1361.)

PREET BHARARA
United States Attorney

*William Bernhoft* (signature)
Foreperson

10/18/16 Fld Indictment, case assigned to Judge Hellerstein
Pitman, USMJ
BH (initials)